In the Matter of the Arbitration between MORRIS WHITE FASHIONS, INC., Respondent, and SUSQUEHANNA MILLS, INC., Appellant.— Judgment and order unanimously reversed and the motion in all respects denied. No opinion.

Settle order on notice. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.